Exhibit 2

Claim: 1

| US8666560B2 | Shelly Smart Plug ("The accused product") |
|---|---|
| 1. A Smart Gateway Power Control (SGPC) system comprising: (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface; (f) wireless communication interface; wherein | The accused product discloses a Smart Gateway Power Control (SGPC) system that comprises (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface.<br><br>The accused product is a smart plug device that includes a wireless switch (e.g., power switch). It discloses a system that provides a power source plug and a receptacle. The smart plug enables monitoring of power consumption, providing a power monitor and support Wi-Fi communication (e.g., wireless communication interface).<br><br><br><br>https://us.shelly.com/products/shelly-plus-plug-us |



https://kb.shelly.cloud/__attachments/391315459/Shelly%20Plus%20Plug%20US%20multilingual%20printed%20user%20and%20safety%20guide.pdf

## Device electrical interfaces

### Input

- 1 NEMA 5-15 (Type-B) plug

### Output

- 1 NEMA 5-15 (Type-B) socket

## Connectivity

- Wi-Fi
- Bluetooth

https://us.shelly.com/products/shelly-plus-plug-us

# Simplified internal schematics



https://us.shelly.com/products/shelly-plus-plug-us



*Source: the teardown of the accused product*



*Source: the teardown of the accused product*

<table>
<tr><td></td><td colspan="2"></td></tr>
</table>

|  |  https://us.shelly.com/products/shelly-plus-plug-us |
|---|---|
| wherein said power switch comprises a primary and secondary contactor, said primary and secondary contactor electrically connected in response to a control input; | The accused product discloses the system such that said power switch comprises a primary (e.g., input pins) and secondary contactor (e.g., output pins), said primary (e.g., input pins) and secondary contactor (e.g., output pins) electrically connected in response to a control input (e.g., selecting on/off button to control the power flow from input pin to output pin).

The smart plug comprises a relay switch (BS6-5-AST-P) (e.g., power switch) that comprises an input pin (e.g., primary contactor) and an output pin (e.g., secondary contactor) which are connected based on a control input (e.g., selecting on/off button to control the power flow from input pin to output pint).

 |

https://kb.shelly.cloud/__attachments/391315459/Shelly%20Plus%20Plug%20US%20multilingual%20printed%20user%20and%20safety%20guide.pdf

# Simplified internal schematics



https://us.shelly.com/products/shelly-plus-plug-us



*Source: the teardown of the accused product*



https://youtu.be/_TSJB_IzxG0?t=290

| | |
|---|---|
| | <br><br>https://us.shelly.com/products/shelly-plus-plug-us |
| said power source plug is electrically connected to said primary contactor of said power switch; | The accused product discloses the system that comprises said power source plug (e.g., plug for power supply input) that is electrically connected to said primary contactor (e.g., input pins) of said power switch.<br><br>Shelly smart plug discloses an electrical connection between the power source plug connected to the primary contactor input pin of the relay (e.g., power switch). |



https://kb.shelly.cloud/__attachments/391315459/Shelly%20Plus%20Plug%20US%20multilingual%20printed%20user%20and%20safety%20guide.pdf



https://us.shelly.com/products/shelly-plus-plug-us



https://youtu.be/_TSJB_IzxG0?t=290

| said power load receptacle is electrically connected to said secondary contactor of said power switch; | The accused product discloses the system such that said power load receptacle that is electrically connected to said secondary contactor of said power switch.<br><br>The accused product discloses an electrical connection between the power load receptacle connected to the secondary contactor or output pin of the relay (e.g., power switch).<br><br><br><br>https://kb.shelly.cloud/__attachments/391315459/Shelly%20Plus%20Plug%20US%20multilingual%20printed%20user%20and%20safety%20guide.pdf |

| | |
|---|---|
| | <br>https://us.shelly.com/products/shelly-plus-plug-us |
| said power monitor produces a power value output in response to the electrical power flowing through said power load | The accused product discloses the system such that said power monitor that produces a power value output in response to the electrical power flowing through said power load receptacle.<br><br>Shelly Smart Plug monitors the power load using a power monitoring using a power monitoring chip such as HLW8012 and power value output in response to electrical power flowing through the power load receptacle. |

receptacle;



https://us.shelly.com/products/shelly-plus-plug-us

## HLW8012 & CSE7766

Some ESP8266 and ESP32 powered devices have an energy monitoring sensor on board. Well known examples are the Sonoff POW, POW r2, POW R3xx(D) and Shelly PLUG S, but there are many others. Almost all use either the HLW8012 or CSE7766 chip.

These chips are not isolated from mains power, which means all electronics connected to them does also have a direct connection to mains power lines.

So if you connect a sensor to a device with one of these chips, it is very likely these sensors will also be connected to either N or L from mains power.

So make sure these sensors are properly isolated and cannot be touched by a human or animal.

https://espeasy.readthedocs.io/en/latest/Reference/Safety.html



https://us.shelly.com/products/shelly-plus-plug-us

# Switch

The Switch component handles a switch (relay) output terminal with optional power metering capabilities. It uses `Switch` as an RPC namespace and provides the following methods:

- `Switch.Set` to control the output state
- `Switch.Toggle` to toggle the output state
- `Switch.SetConfig` to update the component's configuration
- `Switch.GetConfig` to obtain the component's configuration
- `Switch.GetStatus` to obtain the component's status
- `Switch.ResetCounters` to reset component's energy counters (if applicable)

Switch components are identified with `switch:<id>` in objects containing multiple component payloads.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Switch/

Attributes in the result:

| Property | Type | Description |
|---|---|---|
| aenergy | object | Information about the active energy counter prior to reset (shown if applicable) <table><tr><td>Property</td><td>Type</td><td>Description</td></tr><tr><td>total</td><td>number</td><td>Last counter value of the total energy consumed in Watt-hours</td></tr></table> |
| ret_aenergy | object | Information about the returned active energy counter prior to reset (shown if applicable) <table><tr><td>Property</td><td>Type</td><td>Description</td></tr><tr><td>total</td><td>number</td><td>Last counter value of the total returned energy consumed in Watt-hours</td></tr></table> |

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Switch/

| said computing device is electrically connected to said power switch control input; | The accused product discloses the system such that said computing device that is electrically connected to said power switch control input. |
|---|---|
| | The accused product comprises an internal processor ESP8266 (e.g., computing device) that is electrically connected to the relay on the PCB. |

| MCU | |
|---|---|
| CPU: | ESP32 |
| Flash: | 4 MB |

https://us.shelly.com/products/shelly-plus-plug-us



*Source: the teardown of the accused product*



*Source: the teardown of the accused product*



https://us.shelly.com/products/shelly-plus-plug-us

| said computing device is electrically connected to said power monitor power value output; | The accused product discloses the system such that said computing device that is electrically connected to said power monitor power value output.<br><br>The accused product comprises an internal processor ESP8266 (e.g., computing device) that processes and transmits the power status and values of the smart plug device. This indicates that the power monitor is electrically connected to the computing device. |
|---|---|



https://us.shelly.com/products/shelly-plus-plug-us

## HLW8012 & CSE7766

Some ESP8266 and ESP32 powered devices have an energy monitoring sensor on board. Well known examples are the Sonoff POW, POW r2, POW R3xx(D) and Shelly PLUG S, but there are many others. Almost all use either the HLW8012 or CSE7766 chip.

These chips are not isolated from mains power, which means all electronics connected to them does also have a direct connection to mains power lines.

So if you connect a sensor to a device with one of these chips, it is very likely these sensors will also be connected to either N or L from mains power.

So make sure these sensors are properly isolated and cannot be touched by a human or animal.

https://espeasy.readthedocs.io/en/latest/Reference/Safety.html



https://us.shelly.com/products/shelly-plus-plug-us

# Switch

The Switch component handles a switch (relay) output terminal with optional power metering capabilities. It uses `Switch` as an RPC namespace and provides the following methods:

- `Switch.Set` to control the output state
- `Switch.Toggle` to toggle the output state
- `Switch.SetConfig` to update the component's configuration
- `Switch.GetConfig` to obtain the component's configuration
- `Switch.GetStatus` to obtain the component's status
- `Switch.ResetCounters` to reset component's energy counters (if applicable)

Switch components are identified with `switch:<id>` in objects containing multiple component payloads.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Switch/



*Source: the teardown of the accused product*



*Source: the teardown of the accused product*

| said computing device is configured to communicate to a first computer network via said wireless communication interface and | The accused product discloses the system such that said computing device (e.g., internal processor ESP8266) that is configured to communicate to a first computer network (e.g., communication network between Shelly server and Shelly smart plug) via said wireless communication interface (e.g., Wi-Fi network interface) and modulates the state of said power switch control input (e.g., selecting on/off button to control the power flow from input pin to output pin) in response to commands (e.g., turn on/off commands) received from a user interface (e.g., Shelly smartphone app) communicating with a second computer network (e.g., communication network between Shelly server and Shelly smartphone app) using a communication device (e.g., a smartphone enabled with Shelly smartphone app). |
| | The accused product comprises an internal processor ESP8266 (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network |

| | |
|---|---|
| modulates the state of said power switch control input in response to commands received from a user interface communicating with a second computer network using a communication device; | interface. It transmits the status and power values to the Shelly server.<br><br>Further, Shelly provides Shelly smartphone app that can communicate to the Shelly server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can turn on or off the smart plug.<br><br>**Device electrical interfaces**<br><br>**Input**<br>• 1 NEMA 5-15 (Type-B) plug<br><br>**Output**<br>• 1 NEMA 5-15 (Type-B) socket<br><br>**Connectivity**<br>• Wi-Fi<br>• Bluetooth<br><br>https://us.shelly.com/products/shelly-plus-plug-us |

# Shelly Plus Plug US

Shelly Plus Plug US is a one-channel device with a wide range of functionalities. The channel supports the use of automatic timers, webhooks, and schedules. The device has a built-in power meter to instantaneously measure the power and energy consumed by the channel.

The following components are available in Shelly Plus Plug US:

- System
- WiFi
- Bluetooth Low Energy
- Cloud
- MQTT
- Outbound Websocket
- Switch (`switch:0`)
- Up to 10 instances of Script

https://shelly-api-docs.shelly.cloud/gen2/Devices/Gen2/ShellyPlugUS/

# Switch

The Switch component handles a switch (relay) output terminal with optional power metering capabilities. It uses `Switch` as an RPC namespace and provides the following methods:

- `Switch.Set` to control the output state
- `Switch.Toggle` to toggle the output state
- `Switch.SetConfig` to update the component's configuration
- `Switch.GetConfig` to obtain the component's configuration
- `Switch.GetStatus` to obtain the component's status
- `Switch.ResetCounters` to reset component's energy counters (if applicable)

Switch components are identified with `switch:<id>` in objects containing multiple component payloads.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Switch/

Shelly Smart Plug can be controlled with the Shelly app over the internet through the Shelly service that is based in cloud. This indicates a communication between a computing device (Shelly Plus Plug) in a local network ("first network") to a user interface enabled communication device such as smartphone in a second network.

## The Shelly Cloud mobile application

Shelly Cloud gives you opportunity to control and adjust all Shelly® devices from anywhere in the world. The only thing you need is connection to the Internet and our mobile application, installed on your smartphone or tablet.

To install the application please visit Google Play or App Store.

https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf



https://www.Shelly Plus Plug.com/Shelly-Measurement-Automation-Compatible-Appliances/dp/B096W3ZZDD?th=1

Shelly Plus Plug US (The Device) is a smart plug/outlet with power measurement and overheating protection, which allows remote control of electric appliances through a mobile phone, tablet, PC, or home automation system. It can work standalone in a local Wi-Fi network or it can also be operated through cloud home automation services.

Shelly Plus Plug US can be accessed, set up and monitored remotely from any place where the User has internet connectivity, as long as the device is connected to a Wi-Fi router and the Internet.

The Device has an embedded Web Interface which can be used to monitor and control the device, as well as adjust its settings.

https://us.shelly.com/products/shelly-plus-plug-us

| | |
|---|---|
| | This app offers the possibility to control all Shelly devices remotely. You can monitor and control your devices from anywhere (by using the Cloud option) or, if you do not want the Cloud option, you will still be able to monitor and control your devices from within your local network. Shelly devices do not need to be connected to the cloud or to send data there.<br>The Shelly Home Automation portfolio includes a variety of relay switches, sensors, plugs, bulbs, and other controllers, all connected and controlled through your Wi-Fi network. The new Shelly Plus and Shelly Pro lines of products additionally support Bluetooth connectivity for faster device inclusion and communication, and the new Shelly Pro line offers LAN and Wi-Fi usage simultaneously. The entire Shelly portfolio is available at https://shelly.cloud/<br>Shelly devices are suitable to control lights, garage doors, curtains, window blinds, or other appliances, trigger actions based on certain parameters from sensor devices. Devices provide near real time notification on changes of the parameters they are measuring - energy consumption, temperature other environment values.<br>All Shelly devices have:<br>- Embedded Web server<br>- Wi-Fi control and connectivity<br>- APIs for observation and control<br>A user account is required to access, include, and control Shelly devices through the application. Once Shelly account is registered, you can:<br>- Connect the devices to an existing W-Fi network or use their Access Point mode locally to control other Shelly devices;<br>https://apps.apple.com/pl/app/shelly-smart-control/id1660045967 |
| said computing device is configured to communicate with said first computer network via said wireless communicati | The accused product discloses the system such that said computing device that is configured to communicate with said first computer network via said wireless communication interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network using said communication device.<br><br>The accused product comprises an internal processor ESP8266 (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the Shelly server.<br><br>Further, Shelly provides Shelly smartphone app that can communicate to the Shelly server over |

| | |
|---|---|
| on interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network using said communication device; | Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can fetch power usages (e.g., power monitoring values) from the smart plug. <br><br> **Device electrical interfaces** <br><br> **Input** <br> • 1 NEMA 5-15 (Type-B) plug <br><br> **Output** <br> • 1 NEMA 5-15 (Type-B) socket <br><br> **Connectivity** <br> • Wi-Fi <br> • Bluetooth <br><br> https://us.shelly.com/products/shelly-plus-plug-us <br><br> **The Shelly Cloud mobile application** <br> Shelly Cloud gives you opportunity to control and adjust all Shelly® devices from anywhere in the world. The only thing you need is connection to the Internet and our mobile application, installed on your smartphone or tablet. <br> To install the application please visit Google Play or App Store. <br> https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf |



https://www.Shelly Plus Plug.com/Shelly-Measurement-Automation-Compatible-Appliances/dp/B096W3ZZDD?th=1

Shelly Plus Plug US (The Device) is a smart plug/outlet with power measurement and overheating protection, which allows remote control of electric appliances through a mobile phone, tablet, PC, or home automation system. It can work standalone in a local Wi-Fi network or it can also be operated through cloud home automation services.

Shelly Plus Plug US can be accessed, set up and monitored remotely from any place where the User has internet connectivity, as long as the device is connected to a Wi-Fi router and the Internet.

The Device has an embedded Web Interface which can be used to monitor and control the device, as well as adjust its settings.

https://us.shelly.com/products/shelly-plus-plug-us

This app offers the possibility to control all Shelly devices remotely. You can monitor and control your devices from anywhere (by using the cloud option) or, if you do not want the Cloud option, you will still be able to monitor and control your devices from within your local network. Shelly devices do not need to be connected to the cloud or to send data there.

The Shelly Home Automation portfolio includes a variety of relay switches, sensors, plugs, bulbs, and other controllers, all connected and controlled through your Wi-Fi network. The new Shelly Plus and Shelly Pro lines of products additionally support Bluetooth connectivity for faster device inclusion and communication, and the new Shelly Pro line offers LAN and Wi-Fi usage simultaneously. The entire Shelly portfolio is available at https://shelly.cloud/

Shelly devices are suitable to control lights, garage doors, curtains, window blinds, or other appliances, trigger actions based on certain parameters from sensor devices. Devices provide near real time notification on changes of the parameters they are measuring - energy consumption, temperature other environment values.

All Shelly devices have:
- Embedded Web server
- Wi-Fi control and connectivity
- APIs for observation and control

A user account is required to access, include, and control Shelly devices through the application. Once Shelly account is registered, you can:
- Connect the devices to an existing W-Fi network or use their Access Point mode locally to control other Shelly devices;

https://apps.apple.com/pl/app/shelly-smart-control/id1660045967



https://us.shelly.com/products/shelly-plus-plug-us

## HLW8012 & CSE7766

Some ESP8266 and ESP32 powered devices have an energy monitoring sensor on board. Well known examples are the Sonoff POW, POW r2, POW R3xx(D) and Shelly PLUG S, but there are many others. Almost all use either the HLW8012 or CSE7766 chip.

These chips are not isolated from mains power, which means all electronics connected to them does also have a direct connection to mains power lines.

So if you connect a sensor to a device with one of these chips, it is very likely these sensors will also be connected to either N or L from mains power.

So make sure these sensors are properly isolated and cannot be touched by a human or animal.

https://espeasy.readthedocs.io/en/latest/Reference/Safety.html



https://us.shelly.com/products/shelly-plus-plug-us

# Switch

The Switch component handles a switch (relay) output terminal with optional power metering capabilities. It uses `Switch` as an RPC namespace and provides the following methods:

- `Switch.Set` to control the output state
- `Switch.Toggle` to toggle the output state
- `Switch.SetConfig` to update the component's configuration
- `Switch.GetConfig` to obtain the component's configuration
- `Switch.GetStatus` to obtain the component's status
- `Switch.ResetCounters` to reset component's energy counters (if applicable)

Switch components are identified with `switch:<id>` in objects containing multiple component payloads.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Switch/

Attributes in the result:

| Property | Type | Description |
|---|---|---|
| aenergy | object | Information about the active energy counter prior to reset (shown if applicable) <table><tr><th>Property</th><th>Type</th><th>Description</th></tr><tr><td>total</td><td>number</td><td>Last counter value of the total energy consumed in Watt-hours</td></tr></table> |
| ret_aenergy | object | Information about the returned active energy counter prior to reset (shown if applicable) <table><tr><th>Property</th><th>Type</th><th>Description</th></tr><tr><td>total</td><td>number</td><td>Last counter value of the total returned energy consumed in Watt-hours</td></tr></table> |

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Switch/

| | |
|---|---|
| said computing device is configured to send a periodic message from said SGPC to a proxy server containing the ID, password, router IP ADR, port, and subnet vector or path of said SGPC; | The accused product discloses the system such that said computing device that is configured to send a periodic message (e.g., periodic messages from smart plug to server such as heartbeat message, status messages, power monitoring messages, etc.) from said SGPC to a proxy server (e.g., Shelly server) containing the ID, password (e.g., a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server), router IP ADR, port, and subnet vector (e.g., IP address, subnet address, port address, etc.) or path of said SGPC.<br><br>Shelly smartphone app provides power usage values of a Shelly smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.<br><br>## The Shelly Cloud mobile application<br>Shelly Cloud gives you opportunity to control and adjust all Shelly® devices from anywhere in the world. The only thing you need is connection to the Internet and our mobile application, installed on your smartphone or tablet.<br>To install the application please visit Google Play or App Store.<br>https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf |

## Step 6:

Enter a name for the Device. Choose a Room, in which the device has to be positioned. You can choose an icon or upload a picture to make it easier to recognize. Press "Save Device".

## Step 7:

To enable connection to the Shelly Cloud service for remote control and monitoring of the Device, press "YES" on the following pop-up.



Connect to cloud

Would you like to connect Shelly relay to the cloud so you can control it remotely when you are not in your local network

NO          YES

https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf

**Settings**
**Power On Default Mode**
This sets the default output state when Shelly is powered.

**ON:** Configure Shelly to turn ON, when it has power.

**OFF:** Configure Shelly to turn OFF, when it has power.

**Restore Last Mode:** Configure Shelly to return to last state it was in, when it has power.

**Device Information**
Here you can see the:

• **Device ID** - Unique ID of Shelly

• **Device IP** - The IP of Shelly in your Wi-Fi network

**Edit Device**
From here you can edit:
• Device Name
• Device Room
• Device Picture

https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf

# Shelly Plus Plug US

Shelly Plus Plug US is a one-channel device with a wide range of functionalities. The channel supports the use of automatic timers, webhooks, and schedules. The device has a built-in power meter to instantaneously measure the power and energy consumed by the channel.

The following components are available in Shelly Plus Plug US:

- System
- WiFi
- Bluetooth Low Energy
- Cloud
- MQTT
- Outbound Websocket
- Switch (`switch:0`)
- Up to 10 instances of Script

https://shelly-api-docs.shelly.cloud/gen2/Devices/Gen2/ShellyPlugUS

# Cloud

The cloud component is called `Cloud`. It handles cloud services of a device. The cloud component uses `cloud` as RPC namespace and provides the methods:

- `Cloud.SetConfig` to update the component's configuration
- `Cloud.GetConfig` to obtain the component's configuration
- `Cloud.GetStatus` to obtain the component's status

It uses the key `cloud` when enumerated in objects including multiple component payloads, like `Shelly.GetStatus`.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Cloud/#configuration

# Getting Started

## Introduction

Secure API for controlling Shelly devices through our cloud is available. Every registered user of the Shelly Cloud application can use this API to control hers/his devices.

Visit http://control.shelly.cloud to setup your account and devices, or use the mobile Shelly Cloud application.

With this API you can execute commands and change device settings.

https://shelly-api-docs.shelly.cloud/cloud-control-api/

## Authorization key

You can generate an authorization key in the app in `User settings` -> `Authorization cloud key`

>  **DANGER**
>
> Do not share your Authorization key with anyone. Whoever has this key can control your Shelly devices.

>  **NOTE**
>
> The key will change if you change your password.

## Server URI

A user account is assosiated with a server in our cloud infrastructure. Using this API requires knowing the host on which the user is a tenant of. The host is subject to change and is not guaranteed, as capacity considerations might lead to relocating tenants between cloud hosts.

The server uri can be obtained on the same page where the authorization key is generated

## OAuth

OAuth based authentication is also possible. Take a look at Real Time Events section for more information

https://shelly-api-docs.shelly.cloud/cloud-control-api/



https://shelly.guide/troubleshooting/device-owned-by-another-user/



https://shelly.guide/troubleshooting/device-owned-by-another-user/



https://community.shelly.cloud/topic/8197-unable-to-connect-to-devices/

| said computing device is configured to store said SGPC periodic message | The accused product discloses the system such that said computing device that is configured to store said SGPC periodic message with a proxy server (e.g., Shelly server) in an SGPC ID translation database (e.g., a unique device identifier corresponding to the accused product). <br><br> Shelly smartphone app provides power usage values of a Shelly smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, |
|---|---|

| | |
|---|---|
| with a proxy server in an SGPC ID translation database; | etc., to sync data corresponding to a respective device at the intended user account at the server.<br><br>Further, while registering a Shelly smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Shelly smartphone app.<br><br>**Settings**<br>**Power On Default Mode**<br>This sets the default output state when Shelly is powered.<br>**ON:** Configure Shelly to turn ON, when it has power.<br>**OFF:** Configure Shelly to turn OFF, when it has power.<br>**Restore Last Mode:** Configure Shelly to return to last state it was in, when it has power.<br><br>**Device Information**<br>Here you can see the:<br>• **Device ID** - Unique ID of Shelly<br>• **Device IP** - The IP of Shelly in your Wi-Fi network<br>**Edit Device**<br>From here you can edit:<br>• Device Name<br>• Device Room<br>• Device Picture<br>https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf<br><br>**Internet/Security**<br>**WiFi Mode - Client:** Allows the device to connect to an available WiFi network. After typing the details in the respective fields, press Connect.<br><br>**WiFi Mode - Acess Point:** Configure Shelly to create a Wi-Fi Access point. After typing the details in the respective fields, press Create Access Point.<br><br>**Cloud:** Enable or Disable connection to the Cloud service.<br><br>**Restrict Login:** Restrict the web interface of Shely with a Username and Password. After typing the details in the respective fields, press Restrict Shelly.<br>https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf |

# Shelly Plus Plug US

Shelly Plus Plug US is a one-channel device with a wide range of functionalities. The channel supports the use of automatic timers, webhooks, and schedules. The device has a built-in power meter to instantaneously measure the power and energy consumed by the channel.

The following components are available in Shelly Plus Plug US:

- System
- WiFi
- Bluetooth Low Energy
- Cloud
- MQTT
- Outbound Websocket
- Switch (`switch:0`)
- Up to 10 instances of Script

https://shelly-api-docs.shelly.cloud/gen2/Devices/Gen2/ShellyPlugUS/

# Status #

The status of the WiFi component contains information about the state of the WiFi connection of the device.

Properties:

| Property | Type | Description |
|----------|------|-------------|
| sta_ip | *string or null* | Ip of the device in the network (`null` if disconnected) |
| status | *string* | Status of the connection. Range of values: `disconnected`, `connecting`, `connected`, `got ip` |
| ssid | *string or null* | SSID of the network (`null` if disconnected) |
| bssid | *string* | BSSID of the currently connected AP, only when connected |
| rssi | *number* | Strength of the signal in dBms |

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/WiFi/#status

# **Outbound Websocket**

The Outbound Webscoket component makes it possible to configure a Gen2+ Shelly device to establish and maintain an outbound websocket connection. An RPC channel is available over said connection, supporting all features of inbound WS and MQTT channels, along with unsolicited complete status notifications on connect. The Outbound Websocket component uses `ws` as RPC namespace and provides the methods:

- `Ws.SetConfig` to update the component's configuration
- `Ws.GetConfig` to obtain the component's configuration
- `Ws.GetStatus` to obtain the component's status

It uses the key `ws` when enumerated in objects including multiple component payloads, like `Shelly.GetStatus`.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Ws/



## Configuration

| Property | Type | Description |
|---|---|---|
| `enable` | *boolean* | `true` if websocket outbound connection is enabled, `false` otherwise |
| `server` | *string* | Name of the server to which the device is connected. When prefixed with wss:// a TLS socket will be used |
| `ssl_ca` | *string* | Type of the TCP sockets |

| Value | Description |
|---|---|
| * | TLS with disabled certificate validation |
| `user_ca.pem` | TLS connection verified by the user-provided CA |
| `ca.pem` | TLS connection verified by the built-in CA bundle |

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Ws/

Insert Shelly Plus Plug US into a power socket without an appliance/load connected to it.

The LED (**A**) will start flashing with a blue light, indicating the Device is in Access Point (AP) mode. You can access the embedded web interface at http://192.168.33.1 in the Wi-Fi network, created by the Device (ShellyPlusPlugUS-XXXXXXXXXXXX) and use it to control the Device and change its settings.

You can now plug an appliance into the Device socket (**B**).

To turn the appliance on, press briefly the Power button (**C**). The LED will turn red. Press the Power button again to turn the appliance off. The LED will return to its previous status.





https://shelly.guide/troubleshooting/device-owned-by-another-user/



https://shelly.guide/troubleshooting/device-owned-by-another-user/

| said communication device is configured to request a SGPC ID translation by said proxy server from | The accused product discloses the system such that said communication device (e.g., a smartphone enabled with Shelly smartphone app) that is configured to request a SGPC ID translation (e.g., requesting information for the accused product) by said proxy server from said user interface.<br><br>Shelly smartphone app provides power usage values of a Shelly smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, |
|---|---|

| said      user interface; | etc., to sync data corresponding to a respective device at the intended user account at the server. |
|---|---|
| | Further, while registering a Shelly smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Shelly smartphone app. |
| | **Settings**<br>**Power On Default Mode**<br>This sets the default output state when Shelly is powered.<br><br>**ON:** Configure Shelly to turn ON, when it has power.<br><br>**OFF:** Configure Shelly to turn OFF, when it has power.<br><br>**Restore Last Mode:** Configure Shelly to return to last state it was in, when it has power. |
| | **Device Information**<br>Here you can see the:<br><br>• **Device ID** - Unique ID of Shelly<br><br>• **Device IP** - The IP of Shelly in your Wi-Fi network<br><br>**Edit Device**<br>From here you can edit:<br>• Device Name<br>• Device Room<br>• Device Picture |
| | https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf |

# Shelly Plus Plug US

Shelly Plus Plug US is a one-channel device with a wide range of functionalities. The channel supports the use of automatic timers, webhooks, and schedules. The device has a built-in power meter to instantaneously measure the power and energy consumed by the channel.

The following components are available in Shelly Plus Plug US:

- System
- WiFi
- Bluetooth Low Energy
- Cloud
- MQTT
- Outbound Websocket
- Switch (`switch:0`)
- Up to 10 instances of Script

https://shelly-api-docs.shelly.cloud/gen2/Devices/Gen2/ShellyPlugUS/

# Outbound Websocket

The Outbound Webscoket component makes it possible to configure a Gen2+ Shelly device to establish and maintain an outbound websocket connection. An RPC channel is available over said connection, supporting all features of inbound WS and MQTT channels, along with unsolicited complete status notifications on connect. The Outbound Websocket component uses `ws` as RPC namespace and provides the methods:

- `Ws.SetConfig` to update the component's configuration
- `Ws.GetConfig` to obtain the component's configuration
- `Ws.GetStatus` to obtain the component's status

It uses the key `ws` when enumerated in objects including multiple component payloads, like `Shelly.GetStatus`.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Ws/

# Status #

The status of the WiFi component contains information about the state of the WiFi connection of the device.

Properties:

| Property | Type | Description |
|---|---|---|
| `sta_ip` | *string or null* | Ip of the device in the network (`null` if disconnected) |
| `status` | *string* | Status of the connection. Range of values: `disconnected`, `connecting`, `connected`, `got ip` |
| `ssid` | *string or null* | SSID of the network (`null` if disconnected) |
| `bssid` | *string* | BSSID of the currently connected AP, only when connected |
| `rssi` | *number* | Strength of the signal in dBms |

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/WiFi/#status

## Configuration



| Property | Type | Description |
|---|---|---|
| `enable` | *boolean* | `true` if websocket outbound connection is enabled, `false` otherwise |
| `server` | *string* | Name of the server to which the device is connected. When prefixed with wss:// a TLS socket will be used |
| `ssl_ca` | *string* | Type of the TCP sockets <br><br>  |

Type of the TCP sockets

| Value | Description |
|---|---|
| `*` | TLS with disabled certificate validation |
| `user_ca.pem` | TLS connection verified by the user-provided CA |
| `ca.pem` | TLS connection verified by the built-in CA bundle |

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Ws/



https://shelly.guide/troubleshooting/device-owned-by-another-user/



https://shelly.guide/troubleshooting/device-owned-by-another-user/

| | |
|---|---|
| said communicati on device is configured to validate said SGPC ID and password provided by said user interface | The accused product discloses the system such that said communication device that is configured to validate said SGPC ID and password (e.g., required identifiers such as a respective user account information, device unique identifiers, etc., to receive data corresponding to a respective device from the intended user account at the server) provided by said user interface (e.g., Shelly smartphone app interface) using said proxy server (e.g., Shelly server). |
| | Shelly smartphone app provides power usage values of a Shelly smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, |

| | |
|---|---|
| using said proxy server; | etc., to sync data corresponding to a respective device at the intended user account at the server.<br><br>Further, while registering a Shelly smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Shelly smartphone app.<br><br>**Settings**<br>**Power On Default Mode**<br>This sets the default output state when Shelly is powered.<br><br>**ON:** Configure Shelly to turn ON, when it has power.<br><br>**OFF:** Configure Shelly to turn OFF, when it has power.<br><br>**Restore Last Mode:** Configure Shelly to return to last state it was in, when it has power.<br><br>**Device Information**<br>Here you can see the:<br><br>• **Device ID** - Unique ID of Shelly<br><br>• **Device IP** - The IP of Shelly in your Wi-Fi network<br><br>**Edit Device**<br>From here you can edit:<br>• Device Name<br>• Device Room<br>• Device Picture<br><br>https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf |

# Shelly Plus Plug US

Shelly Plus Plug US is a one-channel device with a wide range of functionalities. The channel supports the use of automatic timers, webhooks, and schedules. The device has a built-in power meter to instantaneously measure the power and energy consumed by the channel.

The following components are available in Shelly Plus Plug US:

- System
- WiFi
- Bluetooth Low Energy
- Cloud
- MQTT
- Outbound Websocket
- Switch (`switch:0`)
- Up to 10 instances of Script

https://shelly-api-docs.shelly.cloud/gen2/Devices/Gen2/ShellyPlugUS/

# Status #

The status of the WiFi component contains information about the state of the WiFi connection of the device.

Properties:

| Property | Type | Description |
|---|---|---|
| sta_ip | *string or null* | Ip of the device in the network (`null` if disconnected) |
| status | *string* | Status of the connection. Range of values: `disconnected`, `connecting`, `connected`, `got ip` |
| ssid | *string or null* | SSID of the network (`null` if disconnected) |
| bssid | *string* | BSSID of the currently connected AP, only when connected |
| rssi | *number* | Strength of the signal in dBms |

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/WiFi/#status

# Outbound Websocket

The Outbound Webscoket component makes it possible to configure a Gen2+ Shelly device to establish and maintain an outbound websocket connection. An RPC channel is available over said connection, supporting all features of inbound WS and MQTT channels, along with unsolicited complete status notifications on connect. The Outbound Websocket component uses `ws` as RPC namespace and provides the methods:

- `Ws.SetConfig` to update the component's configuration
- `Ws.GetConfig` to obtain the component's configuration
- `Ws.GetStatus` to obtain the component's status

It uses the key `ws` when enumerated in objects including multiple component payloads, like `Shelly.GetStatus`.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Ws/



https://shelly.guide/troubleshooting/device-owned-by-another-user/



https://shelly.guide/troubleshooting/device-owned-by-another-user/

| | |
|---|---|
| said communication device is configured to determine if said SGPC ID and password are valid, and if so, return the | The accused product discloses the system such that said communication device (e.g., a smartphone enabled with Shelly smartphone app) that is configured to determine if said SGPC ID and password (e.g., required identifiers such as a respective user account information, device unique identifiers, etc., to receive data corresponding to a respective device at the intended user account at the server) are valid, and if so, return the router IP ADR, port, and subnet vector or path for said SGPC to said user interface.<br><br>Shelly smartphone app provides power usage values of a Shelly smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must |

| | |
|---|---|
| router    IP ADR,    port, and    subnet vector    or path for said SGPC to said user interface; and | have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.<br><br>Further, while registering a Shelly smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Shelly smartphone app.<br><br>**Settings**<br>**Power On Default Mode**<br>This sets the default output state when Shelly is powered.<br>**ON:** Configure Shelly to turn ON, when it has power.<br>**OFF:** Configure Shelly to turn OFF, when it has power.<br>**Restore Last Mode:** Configure Shelly to return to last state it was in, when it has power.<br><br>**Device Information**<br>Here you can see the:<br>• **Device ID** - Unique ID of Shelly<br>• **Device IP** - The IP of Shelly in your Wi-Fi network<br><br>**Edit Device**<br>From here you can edit:<br>• Device Name<br>• Device Room<br>• Device Picture<br><br>https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf |

# Shelly Plus Plug US

Shelly Plus Plug US is a one-channel device with a wide range of functionalities. The channel supports the use of automatic timers, webhooks, and schedules. The device has a built-in power meter to instantaneously measure the power and energy consumed by the channel.

The following components are available in Shelly Plus Plug US:

- System
- WiFi
- Bluetooth Low Energy
- Cloud
- MQTT
- Outbound Websocket
- Switch (`switch:0`)
- Up to 10 instances of Script

https://shelly-api-docs.shelly.cloud/gen2/Devices/Gen2/ShellyPlugUS/

## Status #

The status of the WiFi component contains information about the state of the WiFi connection of the device.

Properties:

| Property | Type | Description |
|----------|------|-------------|
| sta_ip | string or null | Ip of the device in the network (`null` if disconnected) |
| status | string | Status of the connection. Range of values: `disconnected`, `connecting`, `connected`, `got ip` |
| ssid | string or null | SSID of the network (`null` if disconnected) |
| bssid | string | BSSID of the currently connected AP, only when connected |
| rssi | number | Strength of the signal in dBms |

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/WiFi/#status

# **Outbound Websocket**

The Outbound Webscoket component makes it possible to configure a Gen2+ Shelly device to establish and maintain an outbound websocket connection. An RPC channel is available over said connection, supporting all features of inbound WS and MQTT channels, along with unsolicited complete status notifications on connect. The Outbound Websocket component uses `ws` as RPC namespace and provides the methods:

- `Ws.SetConfig` to update the component's configuration
- `Ws.GetConfig` to obtain the component's configuration
- `Ws.GetStatus` to obtain the component's status

It uses the key `ws` when enumerated in objects including multiple component payloads, like `Shelly.GetStatus`.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Ws/



https://shelly.guide/troubleshooting/device-owned-by-another-user/



https://shelly.guide/troubleshooting/device-owned-by-another-user/



https://community.shelly.cloud/topic/8197-unable-to-connect-to-devices/

| said communication device is configured to determine if said SGPC ID and password are valid, and if | The accused product discloses the system such that said communication device that is configured to determine if said SGPC ID and password (e.g., required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server) are valid, and if not, return an error code to said user interface.

Shelly smartphone app provides power usage values of a Shelly smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must |

| not, return an error code to said user interface. | have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.<br><br>Further, while registering a Shelly smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Shelly smartphone app.<br><br>**Settings**<br>**Power On Default Mode**<br>This sets the default output state when Shelly is powered.<br>**ON:** Configure Shelly to turn ON, when it has power.<br>**OFF:** Configure Shelly to turn OFF, when it has power.<br>**Restore Last Mode:** Configure Shelly to return to last state it was in, when it has power.<br><br>**Device Information**<br>Here you can see the:<br>• **Device ID** - Unique ID of Shelly<br>• **Device IP** - The IP of Shelly in your Wi-Fi network<br>**Edit Device**<br>From here you can edit:<br>• Device Name<br>• Device Room<br>• Device Picture<br><br>https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf |

# Shelly Plus Plug US

Shelly Plus Plug US is a one-channel device with a wide range of functionalities. The channel supports the use of automatic timers, webhooks, and schedules. The device has a built-in power meter to instantaneously measure the power and energy consumed by the channel.

The following components are available in Shelly Plus Plug US:

- System
- WiFi
- Bluetooth Low Energy
- Cloud
- MQTT
- Outbound Websocket
- Switch (switch:0)
- Up to 10 instances of Script

https://shelly-api-docs.shelly.cloud/gen2/Devices/Gen2/ShellyPlugUS/

# Status #

The status of the WiFi component contains information about the state of the WiFi connection of the device.

Properties:

| Property | Type | Description |
|----------|------|-------------|
| sta_ip | *string or null* | Ip of the device in the network (`null` if disconnected) |
| status | *string* | Status of the connection. Range of values: `disconnected`, `connecting`, `connected`, `got ip` |
| ssid | *string or null* | SSID of the network (`null` if disconnected) |
| bssid | *string* | BSSID of the currently connected AP, only when connected |
| rssi | *number* | Strength of the signal in dBms |

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/WiFi/#status

# Outbound Websocket

The Outbound Webscoket component makes it possible to configure a Gen2+ Shelly device to establish and maintain an outbound websocket connection. An RPC channel is available over said connection, supporting all features of inbound WS and MQTT channels, along with unsolicited complete status notifications on connect. The Outbound Websocket component uses `ws` as RPC namespace and provides the methods:

- `Ws.SetConfig` to update the component's configuration
- `Ws.GetConfig` to obtain the component's configuration
- `Ws.GetStatus` to obtain the component's status

It uses the key `ws` when enumerated in objects including multiple component payloads, like `Shelly.GetStatus`.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Ws/

# -114: UNAVAILABLE

This error is received when a service is unavailable. The service can be internal - a sensor could be unreachable, or external. External services are - timezone information, firmware update or HTTP requests in Scripts.

https://shelly-api-docs.shelly.cloud/gen2/General/CommonErrors/

| | |
|---|---|
| 21.        A tangible non-transitory computer usable medium having computer- | The accused product discloses a system that practices a tangible non-transitory computer usable medium having computer-readable program code means comprising a power control method wherein said method controls a Smart Gateway Power Control (SGPC) system that comprises (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface.

The accused product is a smart plug device that includes a wireless switch (e.g., power switch). It discloses a system that provides a power source plug and a receptacle. The smart plug enables |

readable program code means comprising a power control method wherein said method controls a Smart Gateway Power Control (SGPC) system comprising:

(a) power source plug;
(b) power load receptacle;
(c) power switch;
(d) power monitor;
(e) computing device; and
(f) wireless communicati

monitoring of power consumption, providing a power monitor and support Wi-Fi communication (e.g., wireless communication interface). The smart plug comprises flash memory (HJL-01) that contains the tangible non-transitory computer usable medium having computer-readable program code.



https://us.shelly.com/products/shelly-plus-plug-us

on interface; wherein



IEC Type B Socket

IEC Type B Plug

LED Indication

Power Button

https://kb.shelly.cloud/__attachments/391315459/Shelly%20Plus%20Plug%20US%20multilingual%20printed%20user%20and%20safety%20guide.pdf

## Device electrical interfaces

### Input

- 1 NEMA 5-15 (Type-B) plug

### Output

- 1 NEMA 5-15 (Type-B) socket

## Connectivity

- Wi-Fi
- Bluetooth

https://us.shelly.com/products/shelly-plus-plug-us

# Simplified internal schematics



max 15 A

https://us.shelly.com/products/shelly-plus-plug-us



Model: Shelly Plug US
FCC ID: 2ALAY-SHELLY

https://fcc.report/FCC-ID/2ALAY-SHELLY/4892845.pdf



https://fcc.report/FCC-ID/2ALAY-SHELLY/4892844.pdf



https://fcc.report/FCC-ID/2ALAY-SHELLY/4892844.pdf



| Sensors, meters | |
|---|---|
| Internal-temperature sensor: | Yes |
| Voltmeter: | Yes |
| Ammeter: | Yes |
| Power and energy meters: | Yes |

https://us.shelly.com/products/shelly-plus-plug-us

**Shelly Plus Plug**    Functionalities    Solutions

**Wi-Fi Operated**
Connect Shelly 1PM to your Wi-Fi network. No HUB required!

**Power monitoring**
Provides precise monitoring of power consumption and free data storage.

https://us.shelly.com/products/shelly-plus-plug-us

## HLW8012 & CSE7766

Some ESP8266 and ESP32 powered devices have an energy monitoring sensor on board. Well known examples are the Sonoff POW, POW r2, POW R3xx(D) and Shelly PLUG S, but there are many others. Almost all use either the HLW8012 or CSE7766 chip.

These chips are not isolated from mains power, which means all electronics connected to them does also have a direct connection to mains power lines.

So if you connect a sensor to a device with one of these chips, it is very likely these sensors will also be connected to either N or L from mains power.

So make sure these sensors are properly isolated and cannot be touched by a human or animal.

https://espeasy.readthedocs.io/en/latest/Reference/Safety.html



https://fcc.report/FCC-ID-2ALAY-SHELLY/4892844.pdf

| MCU | |
|---|---|
| CPU: | ESP32 |
| Flash: | 4 MB |

https://us.shelly.com/products/shelly-plus-plug-us

| | |
|---|---|
| wherein said power switch comprises a primary and secondary contactor, said primary and secondary contactor electrically connected in response to a control input; | The accused product discloses the system such that said power switch comprises a primary (e.g., input pins) and secondary contactor (e.g., output pins), said primary (e.g., input pins) and secondary contactor (e.g., output pins) electrically connected in response to a control input (e.g., selecting on/off button to control the power flow from input pin to output pin).<br><br>The smart plug comprises a relay switch (BS6-5-AST-P) (e.g., power switch) that comprises an input pin (e.g., primary contactor) and an output pin (e.g., secondary contactor) which are connected based on a control input (e.g., selecting on/off button to control the power flow from input pin to output pint).<br><br><br>https://kb.shelly.cloud/__attachments/391315459/Shelly%20Plus%20Plug%20US%20multilingual%20printed%20user%20and%20safety%20guide.pdf |

# Simplified internal schematics



https://us.shelly.com/products/shelly-plus-plug-us



*Source: the teardown of the accused product*



https://youtu.be/_TSJB_IzxG0?t=290



https://us.shelly.com/products/shelly-plus-plug-us

| said power source plug is electrically connected to said primary contactor of said power switch; | The accused product discloses the system that comprises said power source plug (e.g., plug for power supply input) that is electrically connected to said primary contactor (e.g., input pins) of said power switch.<br><br>Shelly smart plug discloses an electrical connection between the power source plug connected to the primary contactor input pin of the relay (e.g., power switch). |
|---|---|



IEC Type B Socket

IEC Type B Plug

LED Indication

Power Button

https://kb.shelly.cloud/__attachments/391315459/Shelly%20Plus%20Plug%20US%20multilingual%20printed%20user%20and%20safety%20guide.pdf



https://us.shelly.com/products/shelly-plus-plug-us



https://youtu.be/_TSJB_IzxG0?t=290

| said power load receptacle is electrically connected to said secondary contactor of said power switch; | The accused product discloses the system such that said power load receptacle that is electrically connected to said secondary contactor of said power switch.

The accused product discloses an electrical connection between the power load receptacle connected to the secondary contactor or output pin of the relay (e.g., power switch).



https://kb.shelly.cloud/__attachments/391315459/Shelly%20Plus%20Plug%20US%20multilingual%20printed%20user%20and%20safety%20guide.pdf |



https://us.shelly.com/products/shelly-plus-plug-us

| said power monitor produces a power value output in response to the electrical power flowing through said power load | The accused product discloses the system such that said power monitor that produces a power value output in response to the electrical power flowing through said power load receptacle.<br><br>Shelly Smart Plug monitors the power load using a power monitoring using a power monitoring chip such as HLW8012 and power value output in response to electrical power flowing through the power load receptacle. |
| --- | --- |

| receptacle; | 
https://us.shelly.com/products/shelly-plus-plug-us

## HLW8012 & CSE7766

Some ESP8266 and ESP32 powered devices have an energy monitoring sensor on board. Well known examples are the Sonoff POW, POW r2, POW R3xx(D) and Shelly PLUG S, but there are many others. Almost all use either the HLW8012 or CSE7766 chip.

These chips are not isolated from mains power, which means all electronics connected to them does also have a direct connection to mains power lines.

So if you connect a sensor to a device with one of these chips, it is very likely these sensors will also be connected to either N or L from mains power.

So make sure these sensors are properly isolated and cannot be touched by a human or animal.

https://espeasy.readthedocs.io/en/latest/Reference/Safety.html |



https://us.shelly.com/products/shelly-plus-plug-us

# Switch

The Switch component handles a switch (relay) output terminal with optional power metering capabilities. It uses `Switch` as an RPC namespace and provides the following methods:

- `Switch.Set` to control the output state
- `Switch.Toggle` to toggle the output state
- `Switch.SetConfig` to update the component's configuration
- `Switch.GetConfig` to obtain the component's configuration
- `Switch.GetStatus` to obtain the component's status
- `Switch.ResetCounters` to reset component's energy counters (if applicable)

Switch components are identified with `switch:<id>` in objects containing multiple component payloads.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Switch/

Attributes in the result:

| Property | Type | Description |
|---|---|---|
| aenergy | object | Information about the active energy counter prior to reset (shown if applicable)<br><br>| Property | Type | Description |<br>|---|---|---|<br>| total | number | Last counter value of the total energy consumed in Watt-hours | |
| ret_aenergy | object | Information about the returned active energy counter prior to reset (shown if applicable)<br><br>| Property | Type | Description |<br>|---|---|---|<br>| total | number | Last counter value of the total returned energy consumed in Watt-hours | |

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Switch/

| said computing device is electrically connected to said power switch control input; | The accused product discloses the system such that said computing device that is electrically connected to said power switch control input. |
|---|---|

The accused product comprises an internal processor ESP8266 (e.g., computing device) that is electrically connected to the relay on the PCB.

| MCU | |
|---|---|
| CPU: | ESP32 |
| Flash: | 4 MB |

https://us.shelly.com/products/shelly-plus-plug-us



*Source: the teardown of the accused product*



*Source: the teardown of the accused product*



https://us.shelly.com/products/shelly-plus-plug-us

| said computing device is electrically connected to said power monitor power value output; | The accused product discloses the system such that said computing device that is electrically connected to said power monitor power value output.<br><br>The accused product comprises an internal processor ESP8266 (e.g., computing device) that processes and transmits the power status and values of the smart plug device. This indicates that the power monitor is electrically connected to the computing device. |
| --- | --- |



https://us.shelly.com/products/shelly-plus-plug-us

## HLW8012 & CSE7766

Some ESP8266 and ESP32 powered devices have an energy monitoring sensor on board. Well known examples are the Sonoff POW, POW r2, POW R3xx(D) and Shelly PLUG S, but there are many others. Almost all use either the HLW8012 or CSE7766 chip.

These chips are not isolated from mains power, which means all electronics connected to them does also have a direct connection to mains power lines.

So if you connect a sensor to a device with one of these chips, it is very likely these sensors will also be connected to either N or L from mains power.

So make sure these sensors are properly isolated and cannot be touched by a human or animal.

https://espeasy.readthedocs.io/en/latest/Reference/Safety.html



https://us.shelly.com/products/shelly-plus-plug-us

# Switch

The Switch component handles a switch (relay) output terminal with optional power metering capabilities. It uses `Switch` as an RPC namespace and provides the following methods:

- `Switch.Set` to control the output state
- `Switch.Toggle` to toggle the output state
- `Switch.SetConfig` to update the component's configuration
- `Switch.GetConfig` to obtain the component's configuration
- `Switch.GetStatus` to obtain the component's status
- `Switch.ResetCounters` to reset component's energy counters (if applicable)

Switch components are identified with `switch:<id>` in objects containing multiple component payloads.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Switch/



*Source: the teardown of the accused product*



*Source: the teardown of the accused product*

| | |
|---|---|
| said computing device communicates to a first computer network via said wireless communication interface and modulates | The accused product discloses the system such that said computing device (e.g., internal processor ESP8266) that is configured to communicate to a first computer network (e.g., communication network between Shelly server and Shelly smart plug) via said wireless communication interface (e.g., Wi-Fi network interface) and modulates the state of said power switch control input (e.g., selecting on/off button to control the power flow from input pin to output pin) in response to commands (e.g., turn on/off commands) received from a user interface (e.g., Shelly smartphone app) communicating with a second computer network (e.g., communication network between Shelly server and Shelly smartphone app) using a communication device (e.g., a smartphone enabled with Shelly smartphone app).<br><br>The accused product comprises an internal processor ESP8266 (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network |

| the state of said power switch control input in response to commands received from a user interface communicating with said a second computer network; and | interface. It transmits the status and power values to the Shelly server. |
|---|---|
| | Further, Shelly provides Shelly smartphone app that can communicate to the Shelly server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can turn on or off the smart plug. |
| |  |
| | https://us.shelly.com/products/shelly-plus-plug-us |

**Device electrical interfaces**

**Input**
- 1 NEMA 5-15 (Type-B) plug

**Output**
- 1 NEMA 5-15 (Type-B) socket

**Connectivity**
- Wi-Fi
- Bluetooth

# Shelly Plus Plug US

Shelly Plus Plug US is a one-channel device with a wide range of functionalities. The channel supports the use of automatic timers, webhooks, and schedules. The device has a built-in power meter to instantaneously measure the power and energy consumed by the channel.

The following components are available in Shelly Plus Plug US:

- System
- WiFi
- Bluetooth Low Energy
- Cloud
- MQTT
- Outbound Websocket
- Switch (`switch:0`)
- Up to 10 instances of Script

https://shelly-api-docs.shelly.cloud/gen2/Devices/Gen2/ShellyPlugUS/

# Switch

The Switch component handles a switch (relay) output terminal with optional power metering capabilities. It uses `Switch` as an RPC namespace and provides the following methods:

- `Switch.Set` to control the output state
- `Switch.Toggle` to toggle the output state
- `Switch.SetConfig` to update the component's configuration
- `Switch.GetConfig` to obtain the component's configuration
- `Switch.GetStatus` to obtain the component's status
- `Switch.ResetCounters` to reset component's energy counters (if applicable)

Switch components are identified with `switch:<id>` in objects containing multiple component payloads.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Switch/

Shelly Smart Plug can be controlled with the Shelly app over the internet through the Shelly service that is based in cloud. This indicates a communication between a computing device (Shelly Plus Plug) in a local network ("first network") to a user interface enabled communication device such as smartphone in a second network.

## The Shelly Cloud mobile application

Shelly Cloud gives you opportunity to control and adjust all Shelly® devices from anywhere in the world. The only thing you need is connection to the Internet and our mobile application, installed on your smartphone or tablet.
To install the application please visit Google Play or App Store.

https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf



https://www.Shelly Plus Plug.com/Shelly-Measurement-Automation-Compatible-Appliances/dp/B096W3ZZDD?th=1

| | Shelly Plus Plug US (The Device) is a smart plug/outlet with power measurement and overheating protection, which allows remote control of electric appliances through a mobile phone, tablet, PC, or home automation system. It can work standalone in a local Wi-Fi network or it can also be operated through cloud home automation services.<br><br>Shelly Plus Plug US can be accessed, set up and monitored remotely from any place where the User has internet connectivity, as long as the device is connected to a Wi-Fi router and the Internet.<br><br>The Device has an embedded Web Interface which can be used to monitor and control the device, as well as adjust its settings.<br>https://us.shelly.com/products/shelly-plus-plug-us | |

| | |
|---|---|
| | This app offers the possibility to control all Shelly devices remotely. You can monitor and control your devices from anywhere (by using the Cloud option) or, if you do not want the Cloud option, you will still be able to monitor and control your devices from within your local network. Shelly devices do not need to be connected to the cloud or to send data there.<br>The Shelly Home Automation portfolio includes a variety of relay switches, sensors, plugs, bulbs, and other controllers, all connected and controlled through your Wi-Fi network. The new Shelly Plus and Shelly Pro lines of products additionally support Bluetooth connectivity for faster device inclusion and communication, and the new Shelly Pro line offers LAN and Wi-Fi usage simultaneously. The entire Shelly portfolio is available at https://shelly.cloud/<br>Shelly devices are suitable to control lights, garage doors, curtains, window blinds, or other appliances, trigger actions based on certain parameters from sensor devices. Devices provide near real time notification on changes of the parameters they are measuring - energy consumption, temperature other environment values.<br>All Shelly devices have:<br>- Embedded Web server<br>- Wi-Fi control and connectivity<br>- APIs for observation and control<br>A user account is required to access, include, and control Shelly devices through the application. Once Shelly account is registered, you can:<br>- Connect the devices to an existing W-Fi network or use their Access Point mode locally to control other Shelly devices;<br>https://apps.apple.com/pl/app/shelly-smart-control/id1660045967 |
| said computing device communicat es with said first computer network via said wireless communicati on interface | The accused product discloses the system such that said computing device that is configured to communicate with said first computer network via said wireless communication interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network using said communication device.<br><br>The accused product comprises an internal processor ESP8266 (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the Shelly server.<br><br>Further, Shelly provides Shelly smartphone app that can communicate to the Shelly server over |

| | |
|---|---|
| and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network; | Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can fetch power usages (e.g., power monitoring values) from the smart plug.<br><br>**Device electrical interfaces**<br><br>**Input**<br>• 1 NEMA 5-15 (Type-B) plug<br><br>**Output**<br>• 1 NEMA 5-15 (Type-B) socket<br><br>**Connectivity**<br>• Wi-Fi<br>• Bluetooth<br><br>https://us.shelly.com/products/shelly-plus-plug-us<br><br>**The Shelly Cloud mobile application**<br>Shelly Cloud gives you opportunity to control and adjust all Shelly® devices from anywhere in the world. The only thing you need is connection to the Internet and our mobile application, installed on your smartphone or tablet.<br>To install the application please visit Google Play or App Store.<br>https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf |



https://www.Shelly Plus Plug.com/Shelly-Measurement-Automation-Compatible-Appliances/dp/B096W3ZZDD?th=1

Shelly Plus Plug US (The Device) is a smart plug/outlet with power measurement and overheating protection, which allows remote control of electric appliances through a mobile phone, tablet, PC, or home automation system. It can work standalone in a local Wi-Fi network or it can also be operated through cloud home automation services.

Shelly Plus Plug US can be accessed, set up and monitored remotely from any place where the User has internet connectivity, as long as the device is connected to a Wi-Fi router and the Internet.

The Device has an embedded Web Interface which can be used to monitor and control the device, as well as adjust its settings.

https://us.shelly.com/products/shelly-plus-plug-us

This app offers the possibility to control all Shelly devices remotely. You can monitor and control your devices from anywhere (by using the cloud option) or, if you do not want the Cloud option, you will still be able to monitor and control your devices from within your local network. Shelly devices do not need to be connected to the cloud or to send data there.

The Shelly Home Automation portfolio includes a variety of relay switches, sensors, plugs, bulbs, and other controllers, all connected and controlled through your Wi-Fi network. The new Shelly Plus and Shelly Pro lines of products additionally support Bluetooth connectivity for faster device inclusion and communication, and the new Shelly Pro line offers LAN and Wi-Fi usage simultaneously. The entire Shelly portfolio is available at https://shelly.cloud/

Shelly devices are suitable to control lights, garage doors, curtains, window blinds, or other appliances, trigger actions based on certain parameters from sensor devices. Devices provide near real time notification on changes of the parameters they are measuring - energy consumption, temperature other environment values.

All Shelly devices have:
- Embedded Web server
- Wi-Fi control and connectivity
- APIs for observation and control

A user account is required to access, include, and control Shelly devices through the application. Once Shelly account is registered, you can:
- Connect the devices to an existing W-Fi network or use their Access Point mode locally to control other Shelly devices;

https://apps.apple.com/pl/app/shelly-smart-control/id1660045967



https://us.shelly.com/products/shelly-plus-plug-us

## HLW8012 & CSE7766

Some ESP8266 and ESP32 powered devices have an energy monitoring sensor on board. Well known examples are the Sonoff POW, POW r2, POW R3xx(D) and Shelly PLUG S, but there are many others. Almost all use either the HLW8012 or CSE7766 chip.

These chips are not isolated from mains power, which means all electronics connected to them does also have a direct connection to mains power lines.

So if you connect a sensor to a device with one of these chips, it is very likely these sensors will also be connected to either N or L from mains power.

So make sure these sensors are properly isolated and cannot be touched by a human or animal.

https://espeasy.readthedocs.io/en/latest/Reference/Safety.html



https://us.shelly.com/products/shelly-plus-plug-us

# Switch

The Switch component handles a switch (relay) output terminal with optional power metering capabilities. It uses `Switch` as an RPC namespace and provides the following methods:

- `Switch.Set` to control the output state
- `Switch.Toggle` to toggle the output state
- `Switch.SetConfig` to update the component's configuration
- `Switch.GetConfig` to obtain the component's configuration
- `Switch.GetStatus` to obtain the component's status
- `Switch.ResetCounters` to reset component's energy counters (if applicable)

Switch components are identified with `switch:<id>` in objects containing multiple component payloads.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Switch/

Attributes in the result:

| Property | Type | Description |
|---|---|---|
| aenergy | object | Information about the active energy counter prior to reset (shown if applicable) <br><br> | Property | Type | Description | <br> | total | number | Last counter value of the total energy consumed in Watt-hours | |
| ret_aenergy | object | Information about the returned active energy counter prior to reset (shown if applicable) <br><br> | Property | Type | Description | <br> | total | number | Last counter value of the total returned energy consumed in Watt-hours | |

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Switch/

| wherein said method comprises the steps of: (1) registering a communication device with said SGPC using an e-mail address, phone number, or other device identifier; | The accused product discloses the system that practices registering a communication device (e.g., a smartphone enabled with Shelly smartphone app) with said SGPC using an e-mail address (e.g., email address), phone number, or other device identifier.<br><br>As shown below, a user can create an account using its email address. It can also register a Shelly smart plug using the Shelly smartphone app. The user's smartphone with the Shelly app registered with the smart plug.<br><br>**Registration**<br>The first time you open the Shelly Cloud mobile app, you have to create an account which can manage all your Shelly® devices.<br><br>**Forgotten Password**<br>In case you forget or lose your password, just enter the e-mail address you have used in your registration. You will then receive instructions on how to change your password.<br><br>After registering, create your first room (or rooms), where you are going to add and use your Shelly devices. Shelly Cloud allows easy control and monitoring using a mobile phone, tablet or PC.<br><br><br><br>https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf |

## The Shelly Cloud mobile application

Shelly Cloud gives you opportunity to control and adjust all Shelly® devices from anywhere in the world. The only thing you need is connection to the Internet and our mobile application, installed on your smartphone or tablet.
To install the application please visit Google Play or App Store.
https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf

### Step 6:

Enter a name for the Device. Choose a Room, in which the device has to be positioned. You can choose an icon or upload a picture to make it easier to recognize. Press "Save Device".



### Step 7:

To enable connection to the Shelly Cloud service for remote control and monitoring of the Device, press "YES" on the following pop-up.



https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf

## Shelly Devices Settings

After your Shelly device is included in the app, you can control it, change its settings and automate the way it works.





**Timer**

https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf





https://shelly.guide/troubleshooting/device-owned-by-another-user/

| (2) notifying said communication device via said SGPC of any change in the SGPC IP address, | The accused product discloses the system that practices notifying said communication device via said SGPC of any change in the SGPC IP address, port number, subnet vector by periodically sending update messages to said communication device.<br><br>Shelly smartphone app provides power usage values of a Shelly smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, |

| | |
|---|---|
| port number, subnet vector by periodically sending update messages to said communication device; | etc., to sync data corresponding to a respective device at the intended user account at the server. |

Further, while registering a Shelly smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Shelly smartphone app.

**Settings**
**Power On Default Mode**
This sets the default output state when Shelly is powered.

ON: Configure Shelly to turn ON, when it has power.

OFF: Configure Shelly to turn OFF, when it has power.

Restore Last Mode: Configure Shelly to return to last state it was in, when it has power.

**Device Information**
Here you can see the:

- Device ID - Unique ID of Shelly

- Device IP - The IP of Shelly in your Wi-Fi network

**Edit Device**
From here you can edit:
- Device Name
- Device Room
- Device Picture

https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf

# Shelly Plus Plug US

Shelly Plus Plug US is a one-channel device with a wide range of functionalities. The channel supports the use of automatic timers, webhooks, and schedules. The device has a built-in power meter to instantaneously measure the power and energy consumed by the channel.

The following components are available in Shelly Plus Plug US:

- System
- WiFi
- Bluetooth Low Energy
- Cloud
- MQTT
- Outbound Websocket
- Switch (switch:0)
- Up to 10 instances of Script

https://shelly-api-docs.shelly.cloud/gen2/Devices/Gen2/ShellyPlugUS/

## Status #

The status of the WiFi component contains information about the state of the WiFi connection of the device.

Properties:

| Property | Type | Description |
|---|---|---|
| `sta_ip` | *string or null* | Ip of the device in the network (`null` if disconnected) |
| `status` | *string* | Status of the connection. Range of values: `disconnected`, `connecting`, `connected`, `got ip` |
| `ssid` | *string or null* | SSID of the network (`null` if disconnected) |
| `bssid` | *string* | BSSID of the currently connected AP, only when connected |
| `rssi` | *number* | Strength of the signal in dBms |

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/WiFi/#status

# **Outbound Websocket**

The Outbound Webscoket component makes it possible to configure a Gen2+ Shelly device to establish and maintain an outbound websocket connection. An RPC channel is available over said connection, supporting all features of inbound WS and MQTT channels, along with unsolicited complete status notifications on connect. The Outbound Websocket component uses `WS` as RPC namespace and provides the methods:

- `Ws.SetConfig` to update the component's configuration
- `Ws.GetConfig` to obtain the component's configuration
- `Ws.GetStatus` to obtain the component's status

It uses the key `ws` when enumerated in objects including multiple component payloads, like `Shelly.GetStatus`.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Ws/



https://shelly.guide/troubleshooting/device-owned-by-another-user/



https://shelly.guide/troubleshooting/device-owned-by-another-user/

| (3) retrieve the latest IP address or port for said SGPC from said received SGPC update messages and retain said latest IP | The accused product discloses the system that practices retrieve the latest IP address or port for said SGPC from said received SGPC update messages and retain said latest IP address or port for use in communicating with said SGPC.<br><br>Shelly smartphone app provides power usage values of a Shelly smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server. |

| | |
|---|---|
| address or port for use in communicating with said SGPC; and (4) terminating said method. | Further, while registering a Shelly smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Shelly smartphone app.<br><br>**Settings**<br>**Power On Default Mode**<br>This sets the default output state when Shelly is powered.<br><br>**ON:** Configure Shelly to turn ON, when it has power.<br><br>**OFF:** Configure Shelly to turn OFF, when it has power.<br><br>**Restore Last Mode:** Configure Shelly to return to last state it was in, when it has power.<br><br>**Device Information**<br>Here you can see the:<br>• Device ID - Unique ID of Shelly<br>• Device IP - The IP of Shelly in your Wi-Fi network<br><br>**Edit Device**<br>From here you can edit:<br>• Device Name<br>• Device Room<br>• Device Picture<br><br>https://m.media-Shelly Plus Plug.com/images/I/A1eqNKWgEpL.pdf |

# Shelly Plus Plug US

Shelly Plus Plug US is a one-channel device with a wide range of functionalities. The channel supports the use of automatic timers, webhooks, and schedules. The device has a built-in power meter to instantaneously measure the power and energy consumed by the channel.

The following components are available in Shelly Plus Plug US:

- System
- WiFi
- Bluetooth Low Energy
- Cloud
- MQTT
- Outbound Websocket
- Switch (`switch:0`)
- Up to 10 instances of Script

https://shelly-api-docs.shelly.cloud/gen2/Devices/Gen2/ShellyPlugUS/

# Status #

The status of the WiFi component contains information about the state of the WiFi connection of the device.

Properties:

| Property | Type | Description |
|---|---|---|
| `sta_ip` | *string or null* | Ip of the device in the network (`null` if disconnected) |
| `status` | *string* | Status of the connection. Range of values: `disconnected`, `connecting`, `connected`, `got ip` |
| `ssid` | *string or null* | SSID of the network (`null` if disconnected) |
| `bssid` | *string* | BSSID of the currently connected AP, only when connected |
| `rssi` | *number* | Strength of the signal in dBms |

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/WiFi/#status

# **Outbound Websocket**

The Outbound Webscoket component makes it possible to configure a Gen2+ Shelly device to establish and maintain an outbound websocket connection. An RPC channel is available over said connection, supporting all features of inbound WS and MQTT channels, along with unsolicited complete status notifications on connect. The Outbound Websocket component uses `ws` as RPC namespace and provides the methods:

- `Ws.SetConfig` to update the component's configuration
- `Ws.GetConfig` to obtain the component's configuration
- `Ws.GetStatus` to obtain the component's status

It uses the key `ws` when enumerated in objects including multiple component payloads, like `Shelly.GetStatus`.

https://shelly-api-docs.shelly.cloud/gen2/ComponentsAndServices/Ws/



https://shelly.guide/troubleshooting/device-owned-by-another-user/



https://shelly.guide/troubleshooting/device-owned-by-another-user/